U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 8 2006

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *   CRIMINAL NUMBER: 06-10018-01 |
| | * |
| | *   18 U.S.C. § 2252A(a)(2) |
| | *   (Distribution of Child Pornography) |
| VERSUS | *   18 U.S.C. § 2252A(a)(5)(b) |
| | *   (Possession of Child Pornography) |
| | *   18 U.S.C. § 922(g) |
| | *   (Felon in Possession of Firearms) |
| PAUL EDWARD ERWIN | *   18 U.S.C. § 2253 |
| | *   (Criminal Forfeiture- Computer) |
| | *   18 U.S.C. § 924(d)(1) |
| | *   (Criminal Forfeiture- Firearms) |
| | *   JUDGE: DRELL |
| | *   MAGISTRATE JUDGE: KIRK |

## ORDER

Having considered the government's Motion to Vacate Protective Order:

IT IS **ORDERED** that the protective order issued on June 20, 2006 by this Court is **VACATED.**

IT IS **FURTHER ORDERED** that the parties conduct discovery of materials containing child pornography in accordance with the "Adam Walsh Child Protection and Safety Act", H.R. 4472, Sec. 504 (Effective date: July 27, 2006).

_____
THE HONORABLE DEE DRELL
United States District Court Judge

Signed this 8 day of _____ 2006.